# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CARPENTERS PENSION FUND; INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION TRUST FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND; UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA; and INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS,<br><br>Plaintiffs,<br><br>vs.<br><br>GENESYS INDUSTRIAL CORP., a Missouri Corporation,<br><br>Defendant. | Case No. 1:20-cv-2527-JPH-MG |

*The Court acknowledges the Notice of Dismissal, dkt. 14.*
*JPH, 4/21/2021*
*Distribution via ECF*

## NOTICE OF DISMISSAL

NOW COME the Plaintiffs, the INDIANA CARPENTERS PENSION FUND, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION TRUST FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, the UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA, ("Trust Funds"), and the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL

OF CARPENTERS ("Union") (collectively "Plaintiffs"), by and through their attorneys, Johnson & Krol, LLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby submit this Notice of Dismissal as follows:

1. The Plaintiffs filed their Complaint in the above-captioned matter on September 20, 2020. (Docket No. 1).

2. The Defendant, GENESYS INDUSTRIAL CORP. ("Genesys") have not filed an Answer or Motion for Summary Judgment in the above-captioned matter.

3. The audit sought by the Plaintiffs was completed in March 2021 and Genesys remitted payment resolving the above-captioned matter on April 14, 2021.

THEREFORE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby voluntarily dismiss the above-captioned matter without prejudice.

Respectfully submitted,

**INDIANA CARPENTERS PENSION FUND *et al*.**

/s/  William M. Blumthal, Jr.

William M. Blumthal, Jr.
One of Plaintiffs' Attorneys
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
Phone: (312) 372-8587
Facsimile: (312) 255-0449
blumthal@johnsonkrol.com

Joseph E. Mallon
One of Plaintiffs' Attorneys
Johnson & Krol, LLC
450 East 96th Street, Suite 500
Indianapolis, Indiana 46240
Phone: (317) 218-4779
Facsimile: (312) 255-0449
mallon@johnsonkrol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, April 20, 2021, he served a copy of the **Plaintiffs' Notice of Dismissal** to the Defendant via electronic mail at the addresses set forth below.

Genesys Industrial Corp.
c/o Mr. Cort Stephens, Financial Controller
3210 E. 85th Street
Kansas City, Missouri 64132
CortStephens@genesyscorp.net

/s/  William M. Blumthal, Jr.

William M. Blumthal, Jr.
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
Phone: (312) 372-8587
Facsimile: (312) 255-0449
blumthal@johnsonkrol.com